NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI, MAB #550609
Assistant United States Attorney
Christopher.Cardani @usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone:   (503) 727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:25-mc-55 |
| **Plaintiff,** | |
| **v.** | **UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |
| **$33,746.00 U.S. CURRENCY,** *in rem*, | |
| **Defendant.** | |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Eric Pack, attorney for claimant Gerard Marzocchi, who concurs with this extension.

On October 31, 2024, Gerard Marzocchi filed a claim in a non-judicial civil forfeiture proceeding by the Drug Enforcement Administration to $33,746.00 U.S. currency seized from Gerard Marzocchi on or about August 14, 2024.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Gerard Marzocchi, agree to extend the time in which the United States will file a complaint for forfeiture against the

**Unopposed Motion to Extend 90-Day Period**                                    **Page 1**

$33,746.00 U.S. currency or to obtain an indictment alleging that the assets are subject to forfeiture. Gerard Marzocchi agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Monday, March 17, 2025.

Gerard Marzocchi agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until March 17, 2025, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Gerard Marzocchi shall not seek its return for any reason in any manner.

DATED: **January 16, 2025**

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

_s/ Christopher L. Cardani_
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on January 16, 2025, to:

Eric Pack
erickpack0401@gmail.com
  Attorney for claimant Gerard Marzocchi

s/ *Dawn Susuico*_____
DAWN SUSUICO
Paralegal Specialist